1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:   (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka*
8  *Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>v.<br><br>ANN LOSEE HOMEOWNERS' ASSOCIATION; NEVADA NEW BUILDS LLC; JANET MARLENY GARCIA; ARKHAM, LLC; ARKHAM XIII, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00407-JCM-CWH<br><br><br><br>**STIPULATION TO CONTINUE TRIAL** |
| ARKHAM, LLC., ARKHAM XIII, LLC.,<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; DOES 1 through 10; AND ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counterclaim-defendants. | |

1

44005805;1

The parties stipulate to continue the trial in this matter to the two-week stack commencing on March 12, 2018 9:00 AM and Calendar Call March 7, 2018. 1:30 PM in Courtroom 6A.

| **Akerman LLP** | **Hong & Hong, APLC** |
|---|---|
| /s/ *Ariel Stern*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | */s/ Joseph Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>10781 W. Twain Avenue<br>Las Vegas, NV 89135<br><br>*Attorney for Nevada New Builds, LLC, Arkham, LLC, and Arkham XIII, LLC* |
| **Lipson, Neilson, Cole, Seltzer, & Garin, P.C.** | **Absolute Collection Services, LLC** |
| /s *Lisa Zastrow*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>LISA J. ZASTROW<br>Nevada Bar No. 9727<br>DAVID MARKMAN, ESQ.<br>Nevada Bar No. 12440<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys forAnn Losee Homeowners' Association* | */s/ Shane Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br><br>*Attorney for Absolute Collection Services* |

**IT IS SO ORDERED.**

DATED February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

44005805;1