JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG
A Professional Law Corporation
10781 W. Twain Ave.
Las Vegas, Nevada 89135
Tel: (702) 870-1777
Fax: (702) 870-0500
Email: Yosuphonglaw@gmail.com

Attorney for Defendants/Counterclaimants
Nevada New Builds LLC, Arkham, LLC and
Arkham XIII, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br>Plaintiff,<br>vs.<br>ANN LOSEE HOMEOWNERS ASSOCIATION; NEVADA NEW BUILDS LLC; JANET MARLENY GARCIA; ARKHAM, LLC; ARKHAM XIII, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br>Defendants.<br><br>ARKHAM, LLC., ARKHAM XIII, LLC.,<br>Counterclaimants,<br>vs.<br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; DOES I through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br>Counterdefendants. | CASE NO. 2:16-cv-00407-JCM-CWH<br><br>STIPULATION TO CONTINUE TRIAL |

The parties stipulate, due to the trial conflicts of counsel for

Defendants/Counterclaimants, Nevada New Builds LLC, Arkham, LLC and Arkham XIII, LLC,

with two (2) other State Court cases that commenced in the years of 2014 and 2015 respectively, to continue the trial in this matter, presently scheduled to commence on March 12, 2018, to the next available stack commencing on or after April 2, 2018 or May 24, 2018.

DATED this 1st of March, 2018.

| **Akerman LLP** | **Hong & Hong, APLC** |
|---|---|
| /s/ *Melanie Morgan, Esq.*<br>ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE MORGAN, ESQ.<br>Nevada Bar No. 8215<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | /s/ *Joseph Y. Hong, Esq.*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>10781 W. Twain Avenue<br>Las Vegas, Nevada 89135<br><br>*Attorney for Nevada New Builds, LLC, Arkham, LLC and Arkham XIII, LLC.* |
| **Lipson, Neilson, Cole, Seltzer & Garin, P.C.** | **Absolute Collection Services, LLC** |
| /s/ *Lisa J. Zastrow, Esq.*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>DAVID MARKMAN, ESQ.<br>Nevada Bar No. 12440<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Ann Losee Homeowners' Association* | /s/ *Shane D. Cox, Esq.*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Absolute Collection Services, LLC.* |

"IT IS SO ORDERED. The Calendar Call shall be set for **April 18, 2018 at 1:30 p.m.** The Jury Trial shall be set for **April 23, 2018 at 9:00 a.m.**

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED: March 2, 2018 "

2