LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
LISA J. ZASTROW
Nevada Bar No. 9727
DAVID A. MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
lzastrow@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for ANN LOSEE HOMEOWNERS' ASSOCIATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>ANN LOSEE HOMEOWNERS' ASSOCIATION; NEVADA NEW BUILDS, LLC; JANET MARLENY GARCIA; ARKHAM, LLC; ARKHAM XIII, LLC; ABSOLUTE COLLECTION SERVICES, LLC;<br><br>Defendants. | CASE NO.: 2:16-cv-00407-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ANN LOSEE HOMEOWNERS' ASSOCIATION'S REBUTTAL EXPERT, MICHAEL L. BRUNSON**<br><br>**(First Request)** |

Defendant ANN LOSEE HOMEOWNERS' ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

/ / /

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Plaintiff BANK OF AMERICA, N.A.'s Motion *In Limine* to Exclude Testimony of Ann Losee Homeowners' Association's Rebuttal Expert, Michael L. Brunson [DKT. 105], shall be extended to **April 9, 2018**. The HOA's Response was originally due on April 6, 2018. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED this 6th day April, 2018.

LIPSON NEILSON P.C.

By: */s/ David A. Markman*
_____
J. William Ebert, Esq. (Bar No. 2697)
Lisa J. Zastrow, Esq. (Bar No. 9727)
David A. Markman. Esq. (Bar No. 12440)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant ANN LOSEE HOMEOWNERS ASSOCIATION*

AKERMAN, LLP

By: */s/ Jamie K. Combs*
_____
Ariel E. Stern, Esq. (Bar No. 8276)
Melanie D. Morgan, Esq. (Bar No. 8215)
Jamie K. Combs, Esq. (Bar No. 13088)
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff BANK OF AMERICA, N.A.*

### ORDER

IT IS SO ORDERED.

DATED April 9, 2018.

_____
UNITED STATES DISTRICT JUDGE