1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JAMIE COMBS, ESQ.
   Nevada Bar No. 13088
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jamie.combs@akerman.com

7  *Attorneys for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>v.<br><br>ANN LOSEE HOMEOWNERS' ASSOCIATION; NEVADA NEW BUILDS LLC; JANET MARLENY GARCIA; ARKHAM, LLC; ARKHAM XIII, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00407-JCM-CWH<br><br><br><br>**STIPULATION TO CONTINUE TRIAL**<br><br>**(Fourth Request)** |
| ARKHAM, LLC., ARKHAM XIII, LLC.,<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; DOES 1 through 10; AND ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counterclaim-defendants. | |

1

45903752;1

Due to two other trials in 2013 cases with firm settings in state court involving counsel for two of the parties herein for the weeks of July 30th and August 13th,[1] the parties stipulate to continue the trial in this matter to the next available stack convenient for the court.

| **Akerman LLP** | **Hong & Hong, APLC** |
|---|---|
| */s/ Jamie K. Combs*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | */s/ Joseph Y. Hong*<br>JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>1980 Festival Plaza Dr., 650<br>Las Vegas, NV 89135<br><br>*Attorney for Nevada New Builds, LLC, Arkham, LLC, and Arkham XIII, LLC* |
| **Lipson, Neilson, Cole, Seltzer, & Garin, P.C.** | **Absolute Collection Services, LLC** |
| */s/ Lisa J. Zastrow*<br>J. WILLIAM EBERT, ESQ.<br>Nevada Bar No. 2697<br>LISA J. ZASTROW<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Ann Losee Homeowners' Association* | */s/ Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br><br>*Attorney for Absolute Collection Services* |

**IT IS SO ORDERED.** This case is continued for a jury trial on the stacked calendar on **September 24, 2018 at 9:00 a.m.** Calendar Call will be held on **September 19, 2018 at 1:30 p.m.**

DATED July 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Premier One Holdings, Inc. v. Hamera Corporation, et al., Case No. A-13-675910-C has a firm trial setting with a start date of August 15, 2018, and Premier One Holdings, Inc. v. Deutsche Bank National Trust Company, et al., Case No. A-13-674924 has a firm trial setting with a start date of July 31, 2018. Counsel for Bank of America and counsel for the Arkham entities are both involved in those trial.

45903752;1