1 | ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 | JAMIE COMBS, ESQ.
Nevada Bar No. 13088
3 | AKERMAN LLP
1635 Village Center Circle, Suite 200
4 | Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 | Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 | Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>v.<br><br>ANN LOSEE HOMEOWNERS' ASSOCIATION; NEVADA NEW BUILDS LLC; JANET MARLENY GARCIA; ARKHAM, LLC; ARKHAM XIII, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00407-JCM-CWH<br><br><br><br>**STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A.'s CLAIMS AGAINST ANN LOSEE HOMEOWNERS' ASSOCIATION AND ABSOLUTE COLLECTION SERVICES WITHOUT PREJUDICE** |
| ARKHAM, LLC., ARKHAM XIII, LLC.,<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; DOES 1 through 10; AND ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counterclaim-defendants. | |

1

46243132;1
46430468;1

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Bank of America, N.A., Ann Losee Homeowners' Association, and Absolute Collection Services hereby stipulate:

That Bank of America's claims against Ann Losee Homeowners' Association and Absolute Collection services are dismissed **without prejudice,** with each party to bear its own attorneys' fees and costs—subject to the tolling agreement being entered into between Bank of America, Ann Losee Homeowners' Association, and Absolute Collection Services executed concurrently.

| **Akerman LLP** | **Lipson Neilson, P.C.** |
|---|---|
| */s/ Jamie K. Combs*_____ <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | */s/ J. William Ebert*_____ <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> LISA J. ZASTROW <br> Nevada Bar No. 9727 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> *Attorneys forAnn Losee Homeowners' Association* |

**Absolute Collection Services, LLC**

*/s/ Shane D. Cox*_____
SHANE D. COX, ESQ.
Nevada Bar No. 13852
7485 W. Azure Dr., Suite 129
Las Vegas, NV 89130

*Attorney for Absolute Collection Services*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: September 19, 2018

2

46243132;1
46430468;1