ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>v.<br><br>ANN LOSEE HOMEOWNERS' ASSOCIATION; NEVADA NEW BUILDS LLC; JANET MARLENY GARCIA; ARKHAM, LLC; ARKHAM XIII, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00407-JCM-CWH<br><br><br><br>**STIPULATION TO CONTINUE TRIAL**<br><br>**(Fifth Request)** |
| ARKHAM, LLC., ARKHAM XIII, LLC.,<br><br>Counterclaimants,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; DOES 1 through 10; AND ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counterclaim-defendants. | |

1

45903752;1

Due to three other trials in 2013 cases with firm settings in state court involving counsel for two of the parties herein for the weeks of September 24th and October 8th,[1] the parties stipulate to continue the trial in this matter to the next available stack convenient for the court.

| **Akerman LLP** | **Hong & Hong, APLC** |
|---|---|

*/s/Jamie K. Combs*  
ARIEL E. STERN, ESQ.  
Nevada Bar No. 8276  
JAMIE K. COMBS, ESQ.  
Nevada Bar No. 13088  
1635 Village Center Circle Suite 200  
Las Vegas, Nevada 89134  

*Attorneys for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

*/s/Joseph Y. Hong*  
JOSEPH Y. HONG, ESQ.  
Nevada Bar No. 5995  
1980 Festival Plaza Dr., 650  
Las Vegas, NV 89135  

*Attorney for Nevada New Builds, LLC, Arkham, LLC, and Arkham XIII, LLC*

**IT IS SO ORDERED.** This case is continued for a jury trial on the stacked calendar on **October 29, 2018 at 9:00 a.m.** Calendar Call will be held on **October 24, 2018 at 1:30 p.m.**

DATED September 20, 2018.

_____  
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Bank of America and Nevada New Builds, LLC share a firm trial setting in case A-13-687654-C commencing on October 8th; Counsel for Bank of America also has the following firm trial settings during this stack: A-13-682081-C commencing September 24th; A-13-681685-C commencing October 12th.

2

45903752;1